# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Coffey,<br><br>Plaintiff,<br><br>vs.<br><br>Mesa Airlines Inc. and Mesa Air Group Inc.,<br><br>Defendants. | Case No.: CV 18-3688-DMG (PLAx)<br><br>**JUDGMENT [37]** |

In accordance with the Court's order granting Defendant Mesa Airlines, Inc. and Mesa Air Group Inc.'s (collectively, "Defendants") motion to dismiss Plaintiff Wayne Coffey's ("Plaintiff") First Amended Complaint for lack of personal jurisdiction [Doc. # 33], judgment is entered dismissing without prejudice Plaintiff's First Amended Complaint with respect to all defendants and all claims asserted in the First Amended Complaint. This document constitutes a judgment and a separate document for purposes of Federal Rules of Civil Procedure Rule 58(a).

**IT IS SO ORDERED.**

DATED: July 15, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE